UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GORDON SMITH, JR., <br>         Petitioner, <br>    v. <br> RONALD DAVIS, Warden,[1] <br>         Respondent. | Case No. 16-cv-01979-DMR (PR) <br><br> **ORDER OF TRANSFER** |

On April 14, 2016, Petitioner filed a petition for writ of habeas corpus. Dkt. 1.

On the same day the action was filed, the Clerk of the Court sent a notice directing Petitioner to either pay the filing fee or file a completed prisoner's *in forma pauperis* ("IFP") application form. Dkt. 2. The Clerk sent Petitioner a blank IFP application form, and informed him that he must return the completed form within twenty-eight days or his action would be dismissed.

Petitioner has since filed a completed IFP application, his Certificate of Funds, and his six-month prisoner trust account statement. Dkt. 5. Petitioner has also consented to magistrate judge jurisdiction in this action. Dkt. 4.

Here, Petitioner challenges a conviction and sentence incurred in the Shasta County Superior Court, which is within the venue of the Eastern District of California. *See* 28 U.S.C. § 84. Because Petitioner is challenging his conviction, venue for the instant habeas action is proper in the district of conviction. 28 U.S.C. § 2241(d).

---

[1] Ronald Davis, the current warden of the prison where Petitioner is incarcerated, has been substituted as Respondent pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

1    Pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interest of justice,
2  this action is TRANSFERRED to the United States District Court for the Eastern District of
3  California.  The Clerk shall transfer the case forthwith.
4    All remaining motions are TERMINATED on this Court's docket as no longer pending in
5  this district.
6    IT IS SO ORDERED.
7  Dated:  May 11, 2016



_____
DONNA M. RYU
United States Magistrate Judge

2