UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL GORDON SMITH,

        Petitioner,

   v.

KAMALA HARRIS,

        Respondent.

No. 2:16-cv-1015 TLN CKD P

ORDER

Respondent has requested an extension of time to file a responsive pleading. Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's request for an extension of time (ECF No. 17) is granted; and

2. Respondent is granted thirty days from the date of this order in which to file a responsive pleading.

Dated: July 18, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
smit1015.111