IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL GORDON SMITH, JR.,** | Case No. 2:16-cv-1015 CKD P |
| Petitioner, | **ORDER** |
| v. | |
| **KAMALA HARRIS,** | |
| Respondent. | |

Good cause appearing, the time for filing of Respondent's responsive pleading is enlarged to and including September 14, 2016

Dated: August 19, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1